STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD E. LAWRENCE, A/K/A EDWARD X. SHABAZZ, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Vincent Panaro* and *Mr. John J. Barry* for the respondent.

March 26, 1969. Denied.

LAUR-RAND CORP., PLAINTIFF-PETITIONER, v. JAMES S. MC CAFFERY, *ET AL*, DEFENDANTS-RESPONDENTS.

*Messrs. Gross & Gross* for the petitioner.

*Messrs Markey & Witham* for the respondents.

March 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WALTER DAVIS TOWNSEND, III, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Giacomo G. Rosati* for the respondent.

March 26, 1969. Denied.